UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIRT BOOKER, #345215,

    Plaintiff,

v.                                          Case No. 13-13635

DELL, et al.,

    Defendants.
                                                            /

**JUDGMENT**

In accordance with the court's "Opinion and Order Summarily Dismissing Civil Rights Complaint and Amended Complaint," dated October 24, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff Kirt Booker. Dated at Detroit, Michigan, this 24th day of October 2013.

                                                           DAVID J. WEAVER
                                                           CLERK OF THE COURT

                                                           S/Lisa Wagner
                                                     By: Lisa Wagner, Case Manager
                                                         to Judge Robert H. Cleland